**Edward CHRISTIAN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 20, 1961.

· Sanders & Redwine, Pikeville, for appellant.

John B. Breckinridge, Atty. Gen., Martin Glazer, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from a judgment of involuntary manslaughter by gross negligence in operating an automobile. The pen-

alty is imprisonment of twelve months in jail and a fine of $1,000. The grounds upon which a reversal of the judgment is sought, other than that a continuance should have been granted, are not shown in the record.

The motion for an appeal is overruled, and the judgment stands affirmed.